**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Dolores M. Sarno-Kristofits :Bankruptcy No. 16-15682
      a/k/a Dolores M. Kristofits
           Debtor :Chapter 13

## PRAECIPE TO AMEND

**TO THE CLERK**:

Kindly amend the petition and docket as follows:

(  ) Correct the address of Debtor(s)

(  ) Correct the name of Debtor(s)

(  ) Correct the address of counsel

(  ) Correct the name of counsel

( XX ) Other - Change the address of Debtor)

    Kindly amend the petition of the Debtor as follows:

**Debtor's New Mailing Address:**

**328 Nelmonte Lane
Arrington, VA  22922**

                                        S/Diana M. Dixon
                                        Diana M. Dixon
                                        107 N. Broad Street
                                        Suite 307
                                        Doylestown, PA 18901
                                        Counsel for Debtor