## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           : CHAPTER 13
**DOLORES M. SARNO-KRISTOFITS**                  :
                                                 : BANKRUPTCY NO. **16-15682 MDC**
        Debtor (s)

### P R A E C I P E

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 6/8/2017 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

                                            Respectfully submitted,

Date: May 11, 2017                            /s/William C. Miller, Esquire
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee
                                            P.O. Box 1299
                                            Philadelphia, PA  19105