*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dolores M. Sarno–Kristofits

    Debtor(s)

Case No: 16–15682–mdc

Chapter: 13

___

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

    on: 6/8/17

    at: 09:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 5/12/17

For The Court

Timothy B. McGrath
Clerk of Court