United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-15682-mdc
Dolores M. Sarno-Kristofits                                     Chapter 13
Dolores M. Sarno-Kristofits
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2          Date Rcvd: May 12, 2017
                              Form ID: 160          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2017.
db            +Dolores M. Sarno-Kristofits,   291 Twin Oaks Drive,   Perkasie, PA 18944-4194
db            +Dolores M. Sarno-Kristofits,   MAILING ADDRESS,   328 Nelmonte Lane,   Arlington, VA 22922-2519
13774449      +American InfoSource, LP,   Agent for Directv, LLC,   Mail Station N387,
                2230 E. Imperial Highway,   El Segundo, CA 90245-3504
13827402      +Brian Nicholas,   c/o Specialized Loan Servicing LLC,   701 Market Street ste 5000,
                Philadelphia Pa 19106-1541
13774451      +County of Nelson, Virginia,   Angela F. Johnson, Treasurer,   County of Nelson,   PO Box 100,
                Lovingston, VA 22949-0100
13774452      +County of Nelson, Virginia,   Angela F. Johnson, Treasurer,   PO Box 100,
                Lovingston, VA 22949-0100
13841760       PO Box 100,   PO,   Lovingston, VA 22949
13774456      +Parker McCay, PA,   9000 Midlantic Drive,   Suite 300,   Mount Laurel, NJ 08054-1539
13774459       Specialized Loan Servicing, LLC,   PO Box 636005,   Littleton, CO 80163-6005
13815114      +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
13774461      +Wells Fargo Bank,   PO Box 5058,   MAC P 6053 021,   Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:03:03
                Commonwealth Of  Pennsylvania Department Of Revenu,   Bureau of Compliance,   PO Box 280946,
                Harrisburg, PA  17128-0946
13774448      +E-mail/Text: EBNProcessing@afni.com May 13 2017 01:03:25    AFNI,   PO Box 3667,
                Bloomington, IL 61702-3667
13774450      +E-mail/Text: g17768@att.com May 13 2017 01:02:22    AT&T Mobility 11, LLC,
                c/o AT&T Services, Inc.,   One AT&T Way,   Room 3A104,   Bedminster, NJ 07921-2693
13774453      +E-mail/Text: JCAP_BNC_Notices@jcap.com May 13 2017 01:03:30
                International Collection Services,   c/o Jefferson Capital Systems, LLC,   PO Box 7999,
                Saint Cloud, MN 56302-7999
13774454       E-mail/Text: JCAP_BNC_Notices@jcap.com May 13 2017 01:03:30    Jefferson Capital Systems, LLC,
                PO Box 7999,   Saint Cloud, MN 56302-9617
13774455       E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2017 01:06:24    LVNV Funding, LLC,
                Assignee of North Star Capital Acquisiti,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
13795700      +E-mail/Text: bankruptcygroup@peco-energy.com May 13 2017 01:02:30    PECO Energy Company,
                Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13774457      +E-mail/Text: bankruptcygroup@peco-energy.com May 13 2017 01:02:30    Peco,   PO Box 8699,
                Philadelphia, PA 19101-8699
13778394      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2017 01:03:03
                Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
13774458       E-mail/Text: bnc-quantum@quantum3group.com May 13 2017 01:02:34    Quantum 3 Group, LLC,
                Agent for MOMA Funding, LLC,   PO Box 788,   Kirkland, WA 98083-0788
13774460      +E-mail/Text: bankruptcy@bankatunion.com May 13 2017 01:03:20    Union Bank and Trust,
                PO Box 940,   Ruther Glen, VA 22546-0940
                                                                            TOTAL: 11

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2017                              Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: DonnaR          Page 2 of 2          Date Rcvd: May 12, 2017
                             Form ID: 160           Total Noticed: 22

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2017 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS     on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
           Series 2007-4 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS     on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the cerificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-4 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN     on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the cerificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-4 ecfmail@mwc-law.com
          DENISE A. KUHN     on behalf of Creditor     Commonwealth Of  Pennsylvania Department Of Revenue
           dkuhn@attorneygeneral.gov
          DIANA M. DIXON     on behalf of Debtor Dolores M. Sarno-Kristofits dianamdixonesq@gmail.com
          JACQUELINE M. CHANDLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 8

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dolores M. Sarno–Kristofits

    Debtor(s)

Case No: 16–15682–mdc

Chapter: 13

_____

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,


on: 6/8/17

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

900 Market Street
Suite 400
Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.


Dated: 5/12/17

For The Court

Timothy B. McGrath
Clerk of Court

34 – 16
Form 160