United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-15682-mdc
Dolores M. Sarno-Kristofits                                         Chapter 13
Dolores M. Sarno-Kristofits
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jun 09, 2017
                        Form ID: 155    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2017.
db        +Dolores M. Sarno-Kristofits,    291 Twin Oaks Drive,    Perkasie, PA 18944-4194
db        +Dolores M. Sarno-Kristofits,    MAILING ADDRESS,    328 Nelmonte Lane,    Arlington, VA 22922-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the cerificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the cerificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-4 ecfmail@mwc-law.com
              DENISE A. KUHN    on behalf of Creditor   Commonwealth Of  Pennsylvania Department Of Revenue
               dkuhn@attorneygeneral.gov
              DIANA M. DIXON    on behalf of Debtor Dolores M. Sarno-Kristofits dianamdixonesq@gmail.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dolores M. Sarno−Kristofits and
Dolores M. Sarno−Kristofits
        Debtor(s)                                             Chapter: 13
                                                                 Bankruptcy No: 16−15682−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this June 8, 2017 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                       Magdeline D. Coleman
                                                       Judge ,
                                                       United States Bankruptcy Court

                                                                                             39
                                                                                         Form 155