```
                       United States Bankruptcy Court
                       Eastern District of Pennsylvania
In re:                                                              Case No. 16-15682-mdc
Dolores M. Sarno-Kristofits                                         Chapter 13
Dolores M. Sarno-Kristofits
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0313-2         User: DonnaR                Page 1 of 2                  Date Rcvd: Jun 09, 2017
                             Form ID: pdf900             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db             +Dolores M. Sarno-Kristofits,    291 Twin Oaks Drive,    Perkasie, PA 18944-4194
db             +Dolores M. Sarno-Kristofits,    MAILING ADDRESS,    328 Nelmonte Lane,    Arlington, VA 22922-2519
13774449       +American InfoSource, LP,    Agent for Directv, LLC,    Mail Station N387,
                 2230 E. Imperial Highway,    El Segundo, CA 90245-3504
13827402       +Brian Nicholas,   c/o Specialized Loan Servicing LLC,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
13774451       +County of Nelson, Virginia,    Angela F. Johnson, Treasurer,    County of Nelson,    PO Box 100,
                 Lovingston, VA 22949-0100
13774452       +County of Nelson, Virginia,    Angela F. Johnson, Treasurer,    PO Box 100,
                 Lovingston, VA 22949-0100
13841760        PO Box 100,   PO,   Lovingston, VA 22949
13774456       +Parker McCay, PA,    9000 Midlantic Drive,    Suite 300,   Mount Laurel, NJ 08054-1539
13774459        Specialized Loan Servicing, LLC,    PO Box 636005,    Littleton, CO 80163-6005
13815114       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13774461       +Wells Fargo Bank,    PO Box 5058,   MAC P 6053 021,    Portland, OR 97208-5058

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jun 10 2017 01:14:46     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 10 2017 01:14:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2017 01:13:53
                 Commonwealth Of Pennsylvania Department Of Revenu,    Bureau of Compliance,    PO Box 280946,
                 Harrisburg, PA 17128-0946
13774448       +E-mail/Text: EBNProcessing@afni.com Jun 10 2017 01:14:16     AFNI,   PO Box 3667,
                 Bloomington, IL 61702-3667
13774450       +E-mail/Text: g17768@att.com Jun 10 2017 01:13:18     AT&T Mobility 11, LLC,
                 c/o AT&T Services, Inc.,    One AT&T Way,   Room 3A104,   Bedminster, NJ 07921-2693
13774453       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 10 2017 01:14:20
                 International Collection Services,   c/o Jefferson Capital Systems, LLC,    PO Box 7999,
                 Saint Cloud, MN 56302-7999
13774454        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 10 2017 01:14:20     Jefferson Capital Systems, LLC,
                 PO Box 7999,   Saint Cloud, MN 56302-9617
13774455        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 10 2017 01:17:31     LVNV Funding, LLC,
                 Assignee of North Star Capital Acquisiti,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13795700       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 10 2017 01:13:24     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13774457       +E-mail/Text: bankruptcygroup@peco-energy.com Jun 10 2017 01:13:24     Peco,   PO Box 8699,
                 Philadelphia, PA 19101-8699
13778394        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2017 01:13:53
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13774458        E-mail/Text: bnc-quantum@quantum3group.com Jun 10 2017 01:13:29     Quantum 3 Group, LLC,
                 Agent for MOMA Funding, LLC,    PO Box 788,   Kirkland, WA 98083-0788
13774460       +E-mail/Text: bankruptcy@bankatunion.com Jun 10 2017 01:14:12     Union Bank and Trust,
                 PO Box 940,   Ruther Glen, VA 22546-0940
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Jun 09, 2017
                              Form ID: pdf900           Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2017 at the address(es) listed below:

```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
           Series 2007-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the cerificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-4 bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the cerificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
           2007-4 ecfmail@mwc-law.com
          DENISE A. KUHN    on behalf of Creditor   Commonwealth Of  Pennsylvania Department Of Revenue
           dkuhn@attorneygeneral.gov
          DIANA M. DIXON    on behalf of Debtor Dolores M. Sarno-Kristofits dianamdixonesq@gmail.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DOLORES M. SARNO-KRISTOFITS                    Chapter 13

                Debtor              Bankruptcy No. 16-15682-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this ___8Th___ day of ___June___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

Debtor:
DOLORES M. SARNO-KRISTOFITS

328 NELMONTE LANE

ARLINGTON, VA 22922-

Case 16-15682-mdc    Doc 43    Filed 06/11/17    Entered 06/12/17 01:02:33    Desc Imaged
Certificate of Notice    Page 4 of 4