# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Delores M. Sarno-Kristofits, | : | |
| Debtor. | : | Bankruptcy No. 16-15682-MDC |

# O R D E R

AND NOW, it is hereby ORDERED that the Court's Order Confirming the Chapter 13 Plan dated June 8, 2017,[1] is hereby VACATED.

Dated: June 15, 2017

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Diana M. Dixon, Esquire
Dixon Law Offices
107 N. Broad Street, Suite 307
Doylestown, PA 18901

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 41.